IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST PIPPIN | ) | |
| | ) | CV. NO. 3:07-CV-613-MHT |
| v. | ) | CR. NO. 3:06-CR-150-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO ORDER ISSUED JULY 3, 2007

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and, in response to the court order issued July 3, 2007, respectfully requests that the government be granted additional time to comply with the Court's Order.

The motion filed by the Petitioner appears to set out several grounds for ineffective assistance of counsel and a violation of his Constitutional rights by the Court. The Petitioner has not filed a memorandum of law in support of his motion and, in order to fully address the issues that appear to have been raised by the Petitioner's motion, the government requires transcripts of the plea hearing and the sentencing hearing.

Mr. James Dickens is the Court Reporter who transcribed the plea hearing and Mr. Mitchell Reisner is the Court Reporter who transcribed the proceedings before the District Court at sentencing. The government requests additional time to allow Mr. Dickens and Mr. Reisner to complete and file official transcripts of the respective hearings and an additional 30 days after said filings to file its response to Petitioner's motion.

Respectfully submitted this 2nd day of August, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/   Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        334.223.7280
        334.223.7138 fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERNEST PIPPIN | ) | |
| | ) | CV. NO. 3:07-CV-613-MHT |
| v. | ) | CR. NO. 3:06-CR-150-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CERTIFICATE OF SERVICE

I, Susan R. Redmond, Assistant United States Attorney, hereby certify that I have served a copy of the foregoing on Ernest Pippin, prisoner number 11970-002, FMC - Ashland, Box 6001, Ashland, KY 41105, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to him on this the 2nd day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov