IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST PIPPIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv613-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on October 2, 2007 (Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from October 2, 2007, to and including November 27, 2007, to file a response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on July 3, 2007.

Done this 3rd day of October, 2007.

                     /s/Susan Russ Walker
                     SUSAN RUSS WALKER
                     UNITED STATES MAGISTRATE JUDGE