IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST PIPPIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv613-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on November 15, 2007 (Doc. No. 10), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from November 27, 2007, to and including January 28, 2008, to file a response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on July 3, 2007.

Done this 15th day of November, 2007.

    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE