IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ERNEST PIPPIN,               )
    Plaintiff,               )
                         )      CV. NO. 3:07-CV-613-MHT
        v.               )      CR. NO. 3:06-CR-150-MHT
                         )
UNITED STATES OF AMERICA,     )
    Defendant,               )

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☐      This party is an individual, or

    ☒      This party is a governmental entity, or

    ☒      There are no entities to be reported, or

    ☐      The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

_____      _____

Dated this the 10th day of December, 2007.    /s/Susan R. Redmond
                                          SUSAN R. REDMOND
                                          Assistant United States Attorney
                                          Counsel for the United States of America
                                          Post Office Box 197
                                          Montgomery, AL 36101-0197
                                          334-223-7280
                                          334-223-7138 fax
                                          susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ERNEST PIPPIN,                 )
     Plaintiff,             )
                         )    CV. NO. 3:07-CV-613-MHT
       v.                )    CR. NO. 3:06-CR-150-MHT
                         )
UNITED STATES OF AMERICA,   )
     Defendants,         )

<u>CERTIFICATE OF SERVICE</u>

I, Susan R. Redmond, Assistant United States Attorney, hereby certify that I have served a

copy of the foregoing on Ernest Pippin, prisoner number 11970-002, FMC - Ashland, Box 6001,

Ashland, KY 41105, by depositing a copy of same in the United States mail, first class, postage

prepaid, and properly addressed to him on this the 13th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/   Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov