IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST PIPPIN, )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Respondents. ) | CIVIL ACTION NO. 3:07cv613-MHT<br>(WO) |

**ORDER**

On July 10, 2009, the magistrate judge filed a recommendation (Doc. # 26) in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1)    The recommendation of the magistrate judge (Doc. # 26) is adopted.

(2)    Petitioner's oral motion to withdraw (Doc. # 25) is granted.

(3)    Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 (Doc. # 1) is withdrawn.

DONE, this the 19th day of August, 2009.

           /s/ Myron H. Thompson           
UNITED STATES DISTRICT JUDGE