IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERNEST PIPPIN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondents. ) | CIVIL ACTION NO. 3:07cv613-MHT<br>(WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that petitioner's motion for relief pursuant to 28 U.S.C. § 2255 (Doc. # 1) is withdrawn.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of August, 2009.

　　　　　　　  /s/  Myron H. Thompson　　　　
　　　　　　　UNITED STATES DISTRICT JUDGE